IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARCELLA BEASLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-04-1431-L |
| ) | |
| D.O.C. OFFICIALS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Valerie K. Couch on May 13, 2005. Plaintiff, appearing *pro se* and *in forma pauperis*, brings this action pursuant to 42 U.S.C. §1983 alleging violations of her constitutional rights. The Magistrate Judge recommended that the petition be dismissed without prejudice for plaintiff's failure to effect proper service on defendants within the time period provided by the federal rules of civil procedure or to show cause for her failure to do so.

The court file shows that no party has objected to the Report and Recommendation within the time limits prescribed.

Upon *de novo* review, and for the reasons expressed by the Magistrate Judge, the court finds that the Report and Recommendation of the Magistrate

Judge should be and is hereby adopted in its entirety.  **This action is DISMISSED WITHOUT PREJUDICE.**

It is so ordered this 13th day of June, 2005.

*Tim Leonard*
TIM LEONARD
United States District Judge